IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RENE DANIEL GALVAN-SALAS,<br><br>  Defendant. | 8:20CR317<br><br>**ORDER** |

    This matter is before the court on Defendant's Motion to Continue [37]. For good cause shown, I find that the motion regarding the extension of time to file pretrial motions should be granted. Defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by March 18, 2021. The remainder of the Defendant's Motion to Continue [37] regarding continuing the trial is denied as moot. The trial for the co-defendant was cancelled in Order [36] filed on February 12, 2021.

    IT IS ORDERED:

    1.    Defendant's Motion to Continue [37] is granted. Pretrial motions shall be filed on or before March 18, 2021.

    2.    The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between February 16, 2021 and March 18, 2021, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

    Dated this 17th day of February, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge